1
2
3
4
5
6
7
8
9            UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA
11
12  DARREN FULLER,                    ) Case No. ED CV 14-0065 JLS (MRW)
13                  Plaintiff,        )
14          vs.                       ) JUDGMENT
15  FEDERAL BUREAU OF                 )
    PRISONS,                          )
16                                    )
                    Defendant.        )
17  _____   )
18
19      Pursuant to the Order Dismissing Action with Prejudice,
20      IT IS ADJUDGED that the action is dismissed with prejudice.
21
    DATE: December 2, 2014
22                                    _____
23                                    HON. JOSEPHINE L. STATON
24                                    UNITED STATES DISTRICT JUDGE
25
26
27
28